UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 1:18-cv-522 |
| : | |
| : | |
| STEPHEN N. JONES, individually, and as an : | |
| officer, director, shareholder, member, and/or : | |
| principal of CLUB ORION LLC d/b/a Club : | |
| Orion, and CLUB ORION LLC d/b/a Club Orion, : | |
| : | |
| Defendants. : | |
| : | |

## ENTRY OF DEFAULT

It appearing from the records in the above-entitled action that summons has been served upon the Defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P.55(a), that each of the below Defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel, DEFAULT is hereby entered against STEPHEN N. JONES and CLUB ORION LLC D/B/A CLUB ORION.

This the 4th day of March, 2019.

    /s/ John S. Brubaker
Clerk, United States District Court