UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | |
| Plaintiff, | |
| v. | CASE NO.: 1:18-cv-522-TDS-LPA |
| CLUB ORION LLC, et al., | |
| Defendants. | |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff Joe Hand Productions, Inc. ("Plaintiff") by and through its attorneys, Todd A. Jones, and respectfully moves this Court, pursuant to Fed. R. Civ. P. 55(b)(2), for entry of Judgment on Default against Defendants Stephen N. Jones and Club Orion LLC d/b/a Club Orion (hereinafter "Defendants") because Defendants have failed to answer, plead, or otherwise respond to Plaintiff's Complaint.

### EVIDENCE RELIED UPON

This motion is based upon the Declaration of Todd A. Jones, the Affidavit of Joe Hand, Jr., the Affidavit of April Williamson and Raelynn Rich, Memorandum of Points and Authorities in support of Plaintiff's Request for Default Judgment, the proposed order granting judgment on default, the Rate Card for the *Floyd Mayweather, Jr. vs. Conor McGregor* broadcast, the Commercial Licensing Agreement for the *Floyd Mayweather, Jr. vs. Conor McGregor* broadcast and the pleadings and records on file with the court in this action.

## BACKGROUND AND ARGUMENT

This action involves a claim for damages by Plaintiff Joe Hand Promotions, Inc. against Defendants for misappropriation of the closed circuit *Floyd Mayweather, Jr. vs. Conor McGregor* broadcast, scheduled for August 26, 2017, in violation of 47 U.S.C. § 605, *et seq.*, and 47 U.S.C. § 553, *et seq.* Plaintiff served the Summons and Complaint upon Defendants on October 10, 2018. *See* Doc. No. 8.

Fed. R. Civ. P. 12(a)(1) provides that a defendant shall provide an answer within twenty-one (21) days of being served with a summons and complaint. Accordingly, Defendants were required to file an answer no later than October 31, 2018. Defendants failed to appear, answer, or otherwise respond to the Summons and Complaint. Upon the failure of the Defendants to timely file a responsive pleading, a Motion for Entry of Default was filed on March 4, 2019 against Defendants. *See* Doc. No. 9. On March 4, 2019, Default was entered against Defendants. *See* Doc. No. 10. Plaintiff now files the instant Motion for Default Judgment. Accordingly, Plaintiff is entitled to a Judgment on default pursuant to Fed. R. Civ. P. 55(b)(2).

## CONCLUSION

Over 21 days have passed since Defendants were served with the Summons and Complaint. Defendants have not answered and no counsel has entered an appearance in this Court on their behalf. Default was entered against Defendants on March 4, 2019. Accordingly, the Plaintiff is entitled to a Judgment on Default. A proposed Order is attached herewith.

Respectfully submitted,

Dated: May 21, 2019 **By:** /s/ Todd A. Jones

Todd A. Jones, NCSB #25593
*Attorney for Plaintiff*
Anderson Jones, PLLC
P.O. Box 20248
Raleigh, NC 27619
Phone: (919) 277-2541
Fax: (919) 277-2544

3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

- against -    CASE NO.: 1:18-cv-522-TDS-LPA

CLUB ORION LLC, et al.,

    Defendant.

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing Plaintiff's Motion for Default Judgment was served on the 3rd day of April, 2019, via First Class US MAIL, postage prepaid on the parties below:

Stephen N. Jones
Club Orion LLC
d/b/a Club Orion
4618-B West Market Street
Greensboro, NC 27407


Dated: April 3, 2019

    By:    /s/ Todd A. Jones
        Todd A. Jones, NCSB #25593
        *Attorney for Plaintiff*
        Anderson Jones, PLLC
        P.O. Box 20248
        Raleigh, NC 27619
        Phone: (919) 277-2541
        Fax: (919) 277-2544

4

Case 1:18-cv-00522-TDS-LPA    Document 12    Filed 05/21/19    Page 4 of 4